*Friday, November 8, 1996*

## MERIT DOCKET

**96–2102. Nelson v. Tate.**
In Habeas Corpus. *Sua sponte,* cause dismissed, effective November 13, 1996.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

## DISCIPLINARY DOCKET

**93–2520. Columbus Bar Assn. v. Garrison.**
IT IS ORDERED by this court, *sua sponte,* that Thomas Wayne Garrison, Attorney Registration No. 0046401, last known business address in Columbus, Ohio, is found in contempt for failure to comply with this court's orders of March 23, 1994, and October 11, 1995, to wit: failure to pay publication costs in the amount of $138.55 on or before January 9, 1996.

*Tuesday, November 12, 1996*

## MOTION DOCKET

**95–1522. Phillips v. Burt.**
Montgomery App. No. 14532. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of the motion of *amici curiae* Ohio Hospital Association and Ohio State Medical Association for leave to participate in oral argument scheduled for November 13, 1996,

IT IS ORDERED by the court that the motion of *amici curiae* for leave to participate in oral argument scheduled for November 13, 1996, be, and hereby is, granted, and the *amici curiae* are to share the time allotted to appellant.

**96–2182. Walkley & Kennedy Co. v. Paluch.**
Summit App. No. 17679. This cause came on for further consideration upon appellant's motion to reinstate appeal and motion for sanction. Upon consideration thereof,

IT IS ORDERED by the court that the motions be, and hereby are, denied.

## MISCELLANEOUS DISMISSALS

**96–2406. Sherrills v. Fuerst.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

IT IS FURTHER ORDERED by the court that the Clerk of this court shall not accept for filing any additional original actions from Daries Sherrills, unless accompanied by the docket fee and security deposit required by S.Ct.Prac.R. XV.

*Thursday, November 14, 1996*

## MOTION DOCKET

**95–342. State v. Reimsnyder.**
Erie App. No. E–93–71. On February 22, 1995, this court granted appellant/cross-appellee's motion for stay of proceedings pending hearing to be conducted in the trial court on appellant/cross-appellee's motion to dismiss.

IT IS ORDERED by the court, *sua sponte,* that appellant/cross-appellee show cause on or before twenty days from the date of this entry why the stay of proceedings should not be lifted.
RESNICK, J., not participating.